UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mary L. Cooper |
| | : | |
| v. | : | Criminal. No. 14-485 (MLC) |
| | : | |
| VLADIMIR SAUZERESETEO | : | **ORDER** |

This matter having come before the Court upon an application by defendant Vladimir Sauzereseteo (by Lorraine Gauli-Rufo, Esq., appearing) for a modification of his conditions of release; and the United States of America, by Paul J. Fishman, United States Attorney of the District of New Jersey (by Rahul Agarwal, Assistant United States Attorney, appearing) consenting to the defendant's application; and for good cause shown,

IT IS on this 28 day of August, 2014,

ORDERED that Defendant's application to amend the conditions of his release is granted; and it is further

ORDERED that Defendant's conditions of release are modified from home detention with electronic monitoring to a curfew with electronic monitoring, to be approved by pretrial services.

_____
HONORABLE MARY L. COOPER
UNITED STATES DISTRICT JUDGE

RECEIVED
AUG 28 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK